KATE S. LEHRMAN [Bar No. 123050]
klehrman@lehrmanlawgroup.com
JACQUELINE BRUCE CHINERY [Bar No. 187544]
jchinery@lehrmanlawgroup.com
ERIN TALLENT [Bar No. 274813]
etallent@lehrmanlawgroup.com
LEHRMAN LAW GROUP
12121 Wilshire Boulevard
Suite 1300
Los Angeles, CA  90025
(310) 917-4500
(310) 917-5677 (FAX)

Attorneys for Defendant
ROLLS ROYCE MOTOR CARS NA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MEYERS ABDUL-WAHAB, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>ROLLS ROYCE MOTOR CARS NA LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:18-cv-04630<br>[Filed:  April 23, 2018]<br><br>Hon.<br>Dept.<br><br>**DEMAND FOR JURY TRIAL**<br><br><br>DISCOVERY CUT-OFF:   NONE<br>MOTION CUT-OFF:      NONE<br>TRIAL DATE:          NONE |

**DEMAND FOR JURY TRIAL**

Defendant ROLLS ROYCE MOTOR CARS NA, LLC demands for trial by jury.

DATED: May 25, 2018

LEHRMAN LAW GROUP
KATE S. LEHRMAN
JACQUELINE BRUCE CHINERY
ERIN TALLENT

By: _/s/ Erin Tallent_
Erin Tallent
Attorneys for Defendant
ROLLS ROYCE MOTOR CARS NA, LLC

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

    I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is 12121 Wilshire Blvd., Suite 1300, Los Angeles, CA 90025.

    On May 25, 2018, I served a true copy indicated below in the manner as provided in FRCivP 5(b), the foregoing document described as: **DEMAND FOR JURY TRIAL** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Los Angeles, California, addressed as follows:

## SEE ATTACHED SERVICE LIST

[X] **BY MAIL**: I caused to be delivered by U.S. mail by placing a true copy thereof enclosed in sealed envelopes. I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

[ ] BY OVERNIGHT DELIVERY: I caused such envelopes to be delivered by Golden State Overnight air courier, with next day service, to the offices of the addressees.

[ ] BY PERSONAL SERVICE: I caused the such envelopes to be delivered by hand to the offices of the addressees delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b).

___ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

_X_ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

    I hereby certify under the penalty of perjury that the foregoing is true and correct.

    Executed on May 25, 2018, in Los Angeles, California.


                    /s/ *Theresa May Naumann*
                    Theresa May Naumann

**PROOF OF SERVICE LIST**
**ROLLS ROYCE MOTOR CARS NA, LLC/ABDUL-WAHAB**
(B137-360)(55.360)
Case No. BC702577
Page 1

| | |
|---|---|
| David A. Goldsmith, Esq.<br>GOLDSMITH WEST<br>Consumer Lawyers<br>880 West First Street<br>Suite 106<br>Los Angeles, CA  90012<br>(310) 200-6705<br>David@GoldsmithWest.com | Attorneys for Plaintiff<br>ANDREW MEYERS ABDUL-WAHAB |