# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | CV 18-4630 FMO (AGRx) | **Date** | July 1, 2019 |
| **Title** | Andrew Meyers Abdul-Wahab v. Rolls-Royce Motor Cars NA, LLC, et al. | | |

**Present: The Honorable** Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) ORDER DISMISSING ACTION WITHOUT PREJUDICE

Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **45 days from the filing date of this Order**, to re-open the action if settlement is not consummated. Any motion for attorney's fees shall be filed no later than **July 29, 2019**. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |